FILED

2005 SEP -1 P 2: 24

U.S.
E.D.

In the matter of:

                              Case Number:   **05-46724-TJT**
                              Chapter 11

**ABDUL KAREEN & PIPER GIBSON FAKIR**
_____/
            Debtor(s)              Hon.


### STATEMENT OF DEBTOR IN POSSESSION
### UNDER BANKR. R. PRO. 9011
For the month of __**JULY**__ , **2005**

The Debtor in Possession states:

Attached is a <u>complete and accurate</u> (check appropriate lines).

           ____  Balance Sheet

           ✓  Profit and Loss Statement

           ✓  Cash Receipts & Disbursements Report

           ____  Status Report (Questionnaire)

The statements contained within have been completed on a _____
CASH _____ ACCRUAL BASIS.   I understand that any false statement may
subject me to sanctions as provided for in Bankr. R. Pro. 9011.

_____
                      Debtor in Possession

__8/19/05__
      Date

A. Mail the original to:              Mail one copy of this report to:

   UNITED STATES BANKRUPTCY COURT      OFFICE OF THE U.S. TRUSTEE
   21st Floor - Comerica Bldg.         211 West Fort Street
   211 West Fort Street                SUITE 700
   DETROIT, MICHIGAN  48226            DETROIT, MICHIGAN  48226
                                       Attn:

B. Mail a copy of this report to each member of the Creditors'    Committee
(if any) and the attorney for the Creditors' Committee    (if any).

## U.S. Department of Justice
## United States Trustee
## Eastern District of Michigan

**Case Name:Abdul K. Fakir, a/k/a Duke Fakir**
**& Piper G. Fakir**

**Case Numbers: 05-46724TJT CHAPTER 11**

Cash Receipts and Disbursements Report
for the month of July 2005

|  | General Account | Cash on Hand Acct | Total |
|---|---|---|---|
| Cash on Hand Beginning of Period | 3,778.30 | 3,384.81 | 7,163.11 |
| Receipts During the Current Period (see attached schedule) | 11,049.01 | 3,950.78 | 14,999.79 |
| Balance Available | 14,827.31 | 7,335.59 | 22,162.90 |
| Disbursements During the Current Period (see attached schedule) | (5,957.73) | (5,634.13) | (11,591.86) |
| **Cash on Hand End of Period** | **8,869.58** | **1,701.46** | **10,571.04** |

Case Name: ABDUL FAKIR, a/k/a Duke Fakir
and Piper G. Fakir
Case Number : 05-46724TJT CHAPTER 11

## PROFIT & LOSS STATEMENT
### For the period of July, 2005

**PERSONAL RECEIPTS:**

| | | | |
|---|---|---|---|
| 1 Wages, Personal Service Income | | 16,846.16 | **** |
| 2 Gifts | | - | |
| 3 Other (Itemize) | | 4,373.63 | |
| Social Security Admin | 1,350.70 | | |
| SAG | 611.50 | | |
| AFTRA | 2,233.15 | | |
| Royalties - UMG | 178.28 | | |
| | | | |
| **TOTAL INCOME** | | | **21,219.79** |

**PERSONAL DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 1 Rent, House Payments(s) | | 1,660.64 | |
| House Repairs | | 409.95 | |
| 2 Groceries | | 1,301.54 | |
| 3 Utilities | | 766.66 | |
| 4 Automobile Expenses: | | | |
| Vehicle Payment | 1,240.22 | | |
| Gas and Oil | 34.51 | | |
| Maintenance | - | | |
| Parking Permit | 103.00 | | |
| Total Automobile Expenses: | | 1,377.73 | |
| 5 Medical Expenses | | 150.89 | |
| 6 Clothing | | 655.88 | |
| 7 Insurance | | | |
| Auto | 382.30 | | |
| Health | | | |
| Life | 347.08 | | |
| Home | 245.50 | | |
| Total Insurance | | 974.88 | |
| 8 Restaurant | | 239.99 | |
| 9 Laundry and Cleaning | | 25.00 | |
| 10 Newspapers, Periodicals, etc | | 82.95 | |
| 11 Recreation | | 557.33 | |
| 12 Child Care | | | |
| 13 Alimony or Child Support | | | |
| 14 Other Expenses (explain) Church | | 1,800.00 | |
| Other Expenses (explain) Bank Chgs | | - | |
| Other Expenses (explain) US Trustee | | 500.00 | |
| Other Expenses (explain) Misc | | 346.39 | |
| Other Expenses (explain) Postage | | 14.02 | |
| Other Expenses (explain) Travel | | - | |
| Other Expenses (explain) Membership Dues | | - | |
| Other Expenses (explain) Personal Items | | 728.01 | |
| Other Expenses (explain) A. Fakir PR Taxes | | 2,796.68 | |
| Other Expenses (explain) P. Fakir PR Taxes | | 3,200.00 | |
| Other Expenses (explain) P. Fakir PR Ded | | 223.32 | |
| 15 Other Expenses (explain) | | | |
| **Total Monthly Expenditures:** | | | **17,811.86** |
| | | | |
| **Excess Income Over Expenses:** | | | **3,407.93** |

**** This amount includes Gross Payroll Checks

| Date | Num | Name | Memo | Paid Amount |
|------|-----|------|------|-------------|
| **AFTRA** | | | | |
| 7/25/2005 | | AFTRA | AFTRA | 2,233.15 |
| Total AFTRA | | | | 2,233.15 |
| **Royalty Income** | | | | |
| 7/29/2005 | | Royalty Income | Royalty Income | 178.28 |
| Total Royalty Income | | | | 178.28 |
| **SAG** | | | | |
| 7/5/2005 | | SAG | July SAG | 611.50 |
| Total SAG | | | | 611.50 |
| **Soc Sec Admin** | | | | |
| 7/5/2005 | | Soc Sec Admin | Soc Sec | 1,350.70 |
| Total Soc Sec Admin | | | | 1,350.70 |
| **Abdul Gross** | | | | |
| 7/5/2005 | | Abdul Gross | Gemi Cap | 4,000.00 |
| 7/19/2005 | 3167 | Abdul Gross | Gemi Cap | 4,000.00 |
| Total Abdul Gross | | | | 8,000.00 |
| **Piper Gross** | | | | |
| 7/8/2005 | 3098495 | Piper Gross | Piper | 4,423.08 |
| 7/22/2005 | 3100620 | Piper Gross | Piper | 4,423.08 |
| Total Piper Gross | | | | 8,846.16 |
| **TOTAL** | | | | 21,219.79 |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of July 2005

| Date | Num | Name | Amount |
|---|---|---|---|
| **Abdul PR Taxes** | | | |
| 7/5/2005 | | Abdul PR Taxes | 1,600.00 |
| 7/19/2005 | | Abdul PR Taxes | 1,600.00 |
| Total Abdul PR Taxes | | | 3,200.00 |
| **Allstar Wireless** | | | |
| 7/28/2005 | | Allstar Wireless | 21.20 |
| Total Allstar Wireless | | | 21.20 |
| **Applestore** | | | |
| 7/28/2005 | | Applestore | 21.15 |
| 7/30/2005 | | Applestore | 115.59 |
| Total Applestore | | | 136.74 |
| **Au Bon Pain Resturant** | | | |
| 7/1/2005 | | Au Bon Pain Resturant | 6.35 |
| 7/1/2005 | | Au Bon Pain Resturant | 1.69 |
| Total Au Bon Pain Resturant | | | 8.04 |
| **Barnes & Nobles** | | | |
| 7/2/2005 | | Barnes & Nobles | 34.40 |
| Total Barnes & Nobles | | | 34.40 |
| **Beans & Cornbread** | | | |
| 7/21/2005 | | Beans & Cornbread | 55.39 |
| Total Beans & Cornbread | | | 55.39 |
| **Bed Bath & Beyond** | | | |
| 7/23/2005 | | Bed Bath & Beyond | 78.41 |
| Total Bed Bath & Beyond | | | 78.41 |
| **Belk** | | | |
| 7/16/2005 | | Belk | 15.26 |
| 7/16/2005 | | Belk | 14.42 |
| Total Belk | | | 29.68 |
| **Borders Books** | | | |
| 7/23/2005 | | Borders Books | 48.55 |
| Total Borders Books | | | 48.55 |
| **Burger King** | | | |
| 7/1/2005 | | Burger King | 6.44 |
| Total Burger King | | | 6.44 |
| **Carl's Golfland** | | | |
| 7/1/2005 | | Carl's Golfland | 500.00 |
| Total Carl's Golfland | | | 500.00 |
| **Colonial Golf** | | | |
| 7/14/2005 | | Colonial Golf | 69.00 |
| Total Colonial Golf | | | 69.00 |
| **Comcast** | | | |
| 7/5/2005 | 1062 | Comcast | 100.96 |
| Total Comcast | | | 100.96 |
| **Comerica BMW** | | | |
| 7/13/2005 | ACH | Comerica BMW | 768.90 |
| Total Comerica BMW | | | 768.90 |
| **Direct TV** | | | |
| 7/24/2005 | 1069 | Direct TV | 196.37 |

## Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of July 2005

| Date | Num | Name | Amount |
|---|---|---|---|
| Total Direct TV | | | 196.37 |
| **DTE Energy** | | | |
| 7/24/2005 | 1071 | DTE Energy | 537.17 |
| 7/24/2005 | 1072 | DTE Energy | 96.34 |
| Total DTE Energy | | | 633.51 |
| **English Gardens** | | | |
| 7/1/2005 | | English Gardens | 146.06 |
| 7/1/2005 | | English Gardens | 63.89 |
| Total English Gardens | | | 209.95 |
| **Farmer Jacks** | | | |
| 7/1/2005 | | Farmer Jacks | 9.96 |
| Total Farmer Jacks | | | 9.96 |
| **Ford Credit** | | | |
| 7/5/2005 | 1063 | Ford Credit | 471.32 |
| Total Ford Credit | | | 471.32 |
| **Gas** | | | |
| 7/1/2005 | | Gas | 34.51 |
| Total Gas | | | 34.51 |
| **Great Lakes Phy PC** | | | |
| 7/18/2005 | 1036P | Great Lakes Phy PC | 18.00 |
| Total Great Lakes Phy PC | | | 18.00 |
| **Hair** | | | |
| 7/15/2005 | | Hair | 50.00 |
| 7/23/2005 | | Hair | 81.20 |
| 7/31/2005 | | Hair | 50.00 |
| Total Hair | | | 181.20 |
| **Hallmark Shop** | | | |
| 7/23/2005 | | Hallmark Shop | 17.43 |
| 7/26/2005 | | Hallmark Shop | 2.11 |
| Total Hallmark Shop | | | 19.54 |
| **Hersh's** | | | |
| 7/1/2005 | | Hersh's | 161.12 |
| Total Hersh's | | | 161.12 |
| **Holiday Market** | | | |
| 7/1/2005 | | Holiday Market | 26.03 |
| 7/1/2005 | | Holiday Market | 31.09 |
| 7/2/2005 | | Holiday Market | 175.99 |
| 7/6/2005 | | Holiday Market | 34.41 |
| 7/17/2005 | | Holiday Market | 99.27 |
| 7/23/2005 | | Holiday Market | 53.95 |
| 7/25/2005 | | Holiday Market | 149.80 |
| 7/25/2005 | | Holiday Market | 18.14 |
| 7/27/2005 | | Holiday Market | 19.99 |
| 7/30/2005 | | Holiday Market | 75.03 |
| Total Holiday Market | | | 683.70 |
| **Housekeepers** | | | |
| 7/15/2005 | | Housekeepers | 100.00 |
| 7/31/2005 | | Housekeepers | 100.00 |
| Total Housekeepers | | | 200.00 |
| **Jerrys Seafood** | | | |
| 7/12/2005 | | Jerrys Seafood | 75.24 |

| Date | Num | Name | Amount |
|---|---|---|---|
| Total Jerrys Seafood | | | 75.24 |
| **Kroger Market** | | | |
| 7/1/2005 | | Kroger Market | 7.98 |
| Total Kroger Market | | | 7.98 |
| **Leg Wax** | | | |
| 7/1/2005 | | Leg Wax | 45.00 |
| Total Leg Wax | | | 45.00 |
| **Lori Karbal** | | | |
| 7/23/2005 | | Lori Karbal | 76.32 |
| Total Lori Karbal | | | 76.32 |
| **Lorna Thomas MD** | | | |
| 7/1/2005 | | Lorna Thomas MD | 30.00 |
| 7/7/2005 | | Lorna Thomas MD | 30.00 |
| Total Lorna Thomas MD | | | 60.00 |
| **Lottery** | | | |
| 7/22/2005 | | Lottery | 13.00 |
| Total Lottery | | | 13.00 |
| **M.A.C.** | | | |
| 7/1/2005 | | M.A.C. | 29.68 |
| Total M.A.C. | | | 29.68 |
| **Marshall Field's** | | | |
| 7/28/2005 | | Marshall Field's | 53.00 |
| Total Marshall Field's | | | 53.00 |
| **Misc** | | | |
| 7/1/2005 | | Misc | 3.00 |
| Total Misc | | | 3.00 |
| **Mobil Parking Permit** | | | |
| 7/5/2005 | 1035P | Mobil Parking Permit | 100.00 |
| Total Mobil Parking Permit | | | 100.00 |
| **Muffin Man** | | | |
| 7/9/2005 | | Muffin Man | 116.01 |
| 7/9/2005 | | Muffin Man | 11.29 |
| Total Muffin Man | | | 127.30 |
| **Nationwide Life Insurance** | | | |
| 7/20/2005 | 1068 | Nationwide Life Insurance | 347.08 |
| Total Nationwide Life Insurance | | | 347.08 |
| **Natl Food Patch** | | | |
| 7/3/2005 | | Natl Food Patch | 73.51 |
| 7/6/2005 | | Natl Food Patch | 68.22 |
| 7/25/2005 | | Natl Food Patch | 107.17 |
| Total Natl Food Patch | | | 248.90 |
| **Neiman Marcus** | | | |
| 7/7/2005 | | Neiman Marcus | 34.98 |
| Total Neiman Marcus | | | 34.98 |
| **Nordstrom** | | | |
| 7/28/2005 | | Nordstrom | 53.00 |
| Total Nordstrom | | | 53.00 |
| **Nuts** | | | |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of July 2005

| Date | Num | Name | Amount |
|---|---|---|---|
| 7/29/2005 | | Nuts | 17.00 |
| **Total Nuts** | | | 17.00 |
| **Oak Grove** | | | |
| 7/1/2005 | | Oak Grove | 400.00 |
| 7/31/2005 | CC | Oak Grove | 900.00 |
| **Total Oak Grove** | | | 1,300.00 |
| **Panera Breads** | | | |
| 7/1/2005 | | Panera Breads | 6.24 |
| **Total Panera Breads** | | | 6.24 |
| **Parking** | | | |
| 7/1/2005 | | Parking | 3.00 |
| **Total Parking** | | | 3.00 |
| **Pegasus** | | | |
| 7/1/2005 | | Pegasus | 12.20 |
| **Total Pegasus** | | | 12.20 |
| **Piper PR Ded** | | | |
| 7/8/2005 | 3098495 | Piper PR Ded | 111.66 |
| 7/22/2005 | 3100620 | Piper PR Ded | 111.66 |
| **Total Piper PR Ded** | | | 223.32 |
| **Piper PR Taxes** | | | |
| 7/8/2005 | 3098495 | Piper PR Taxes | 1,398.34 |
| 7/22/2005 | 3100620 | Piper PR Taxes | 1,398.34 |
| **Total Piper PR Taxes** | | | 2,796.68 |
| **Postage** | | | |
| 7/5/2005 | | Postage | 14.02 |
| **Total Postage** | | | 14.02 |
| **Ren Cen Spa** | | | |
| 7/1/2005 | | Ren Cen Spa | 100.00 |
| **Total Ren Cen Spa** | | | 100.00 |
| **Resturant** | | | |
| 7/1/2005 | | Resturant | 24.38 |
| **Total Resturant** | | | 24.38 |
| **Rite Aid** | | | |
| 7/3/2005 | | Rite Aid | 7.93 |
| 7/6/2005 | | Rite Aid | 4.57 |
| 7/17/2005 | | Rite Aid | 21.90 |
| 7/21/2005 | | Rite Aid | 10.99 |
| 7/25/2005 | | Rite Aid | 10.00 |
| 7/30/2005 | | Rite Aid | 30.00 |
| **Total Rite Aid** | | | 85.39 |
| **Ruby Balm** | | | |
| 7/30/2005 | | Ruby Balm | 68.90 |
| **Total Ruby Balm** | | | 68.90 |
| **Sally's Design Boutique** | | | |
| 7/1/2005 | | Sally's Design Boutique | 301.84 |
| **Total Sally's Design Boutique** | | | 301.84 |
| **Sprint** | | | |
| 7/20/2005 | 1066 | Sprint | 133.15 |
| **Total Sprint** | | | 133.15 |
| **Stacy's Golf Clubs** | | | |

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 7/1/2005 | | Stacy's Golf Clubs | 78.00 |
| Total Stacy's Golf Clubs | | | 78.00 |
| **Starbucks Coffee** | | | |
| /1/2005 | | Starbucks Coffee | 6.95 |
| Total Starbucks Coffee | | | 6.95 |
| **State Farm Insurance** | | | |
| 7/6/2005 | 1064 | State Farm Insurance | 213.49 |
| 7/6/2005 | 1064 | State Farm Insurance | 168.81 |
| 7/6/2005 | 1064 | State Farm Insurance | 245.50 |
| Total State Farm Insurance | | | 627.80 |
| **Superfresh Mkt** | | | |
| 7/12/2005 | | Superfresh Mkt | 54.88 |
| Total Superfresh Mkt | | | 54.88 |
| **Target** | | | |
| 7/2/2005 | | Target | 120.99 |
| Total Target | | | 120.99 |
| **Taxicab** | | | |
| 7/14/2005 | | Taxicab | 25.00 |
| Total Taxicab | | | 25.00 |
| **Tommy Bahama** | | | |
| 7/1/2005 | | Tommy Bahama | 192.92 |
| Total Tommy Bahama | | | 192.92 |
| **Toys R US** | | | |
| 7/2/2005 | | Toys R US | 77.84 |
| Total Toys R US | | | 77.84 |
| **Triplett Cleaners** | | | |
| 7/1/2005 | | Triplett Cleaners | 25.00 |
| Total Triplett Cleaners | | | 25.00 |
| **United States Trustee** | | | |
| 7/26/2005 | 1067 | United States Trustee | 500.00 |
| Total United States Trustee | | | 500.00 |
| **Vicentes** | | | |
| 7/28/2005 | | Vicentes | 7.42 |
| Total Vicentes | | | 7.42 |
| **Washington Mutual Fund** | | | |
| 7/24/2005 | 1070 | Washington Mutual Fund | 1,660.64 |
| Total Washington Mutual Fund | | | 1,660.64 |
| **Westborn Mkt** | | | |
| 7/1/2005 | | Westborn Mkt | 23.34 |
| 7/6/2005 | | Westborn Mkt | 17.53 |
| 7/20/2005 | | Westborn Mkt | 37.95 |
| 7/23/2005 | | Westborn Mkt | 32.66 |
| 7/27/2005 | | Westborn Mkt | 25.72 |
| Total Westborn Mkt | | | 137.20 |
| **Western Mkt** | | | |
| 7/2/2005 | | Western Mkt | 53.25 |
| Total Western Mkt | | | 53.25 |
| **Wigley Meats** | | | |
| 7/29/2005 | | Wigley Meats | 6.48 |

# Disbursements Listing
### For the month of July 2005

| Date | Num | Name | Amount |
|------|-----|------|--------|
| Total Wigley Meats | | | 6.48 |
| **TOTAL** | | | **17,811.86** |