UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

                                           Case Number:   05-46724-TJT
                                           Chapter 11

**ABDUL KAREEN & PIPER GIBSON FAKIR**

_____/
        Debtor(s)               Hon.

STATEMENT OF DEBTOR IN POSSESSION
UNDER BANKR. R. PRO. 9011
For the month of   OCTOBER  , 2005

The Debtor in Possession states:

Attached is a <u>complete and accurate</u> (check appropriate lines).

      ___ Balance Sheet

      ___ Profit and Loss Statement

      ___ Cash Receipts & Disbursements Report

      ___ Status Report (Questionnaire)

The statements contained within have been completed on a _____ CASH _____ ACCRUAL BASIS. I understand that any false statement may subject me to sanctions as provided for in Bankr. R. Pro. 9011.

                                           _____
                                           Debtor in Possession

_____
      Date

A. Mail the original to:            Mail one copy of this report to:

UNITED STATES BANKRUPTCY COURT    OFFICE OF THE U.S. TRUSTEE
21st Floor - Comerica Bldg.        211 West Fort Street
211 West Fort Street               SUITE 700
DETROIT, MICHIGAN 48226          DETROIT, MICHIGAN 48226
                                       Attn:

B. Mail a copy of this report to each member of the Creditors' Committee (if any) and the attorney for the Creditors' Committee (if any).

Case Name: Abdul K. Fakir, a/k/a Duke Fakir
& Piper G. Fakir

Case Numbers: 05-46724TJT CHAPTER 11

Cash Receipts and Disbursements Report
for the month of October 2005

|  | General Account | Cash on Hand Acct | Total |
|---|---|---|---|
| Cash on Hand Beginning of Period | 3,041.02 | 6,009.67 | 9,050.69 |
| Receipts During the Current Period (see attached schedule) | 7,456.96 | 7,833.15 | 15,290.11 |
| Balance Available | 10,497.98 | 13,842.82 | 24,340.80 |
| Disbursements During the Current Period (see attached schedule) | (9,184.51) | (5,299.65) | (14,484.16) |
| **Cash on Hand End of Period** | **1,313.47** | **8,543.17** | **9,856.64** |

Case Name: ABDUL FAKIR, a/k/a Duke Fakir
and Piper G. Fakir
Case Number : 05-46724TJT CHAPTER 11

## PROFIT & LOSS STATEMENT
### For the period of October, 2005

| | | | |
|---|---|---:|---:|
| **PERSONAL RECEIPTS:** | | | |
| 1 Wages, Personal Service Income | | 16,846.16 **** | |
| 2 Gifts | | - | |
| 3 Other (Itemize) | | 4,201.46 | |
|    Social Security Admin | 1,350.70 | | |
|    SAG | 611.50 | | |
|    AFTRA | 2,233.15 | | |
|    Royalties - UMG | 6.11 | | |
| | | | |
| **TOTAL INCOME** | | | 21,047.62 |
| | | | |
| **PERSONAL DISBURSEMENTS:** | | | |
| 1 Rent, House Payments(s) | | 1,676.54 | |
|    House Repairs | | 715.00 | |
| 2 Groceries | | 370.09 | |
| 3 Utilities | | 1,130.14 | |
| 4 Automobile Expenses: | | | |
|    Vehicle Payment | 999.44 | | |
|    Gas and Oil | - | | |
|    Maintenance | 101.00 | | |
|    Parking Permit | 168.25 | | |
|    Total Automobile Expenses: | | 1,268.69 | |
| 5 Medical Expenses | | 175.48 | |
| 6 Clothing | | 1,868.78 | |
| 7 Insurance | | | |
|    Auto | 723.56 | | |
|    Health | | | |
|    Life | 681.19 | | |
|    Home | 515.47 | | |
|    Total Insurance | | 1,920.22 | |
| 8 Restaurant | | 344.55 | |
| 9 Laundry and Cleaning | | 358.80 | |
| 10 Newspapers, Periodicals, etc | | 148.68 | |
| 11 Recreation | | 732.08 | |
| 12 Child Care | | | |
| 13 Alimony or Child Support | | | |
| 14 Other Expenses (explain) Church | | 1,700.00 | |
|    Other Expenses (explain) Bank Chgs | | - | |
|    Other Expenses (explain) US Trustee | | 500.00 | |
|    Other Expenses (explain) Misc | | 126.50 | |
|    Other Expenses (explain) Postage | | 68.07 | |
|    Other Expenses (explain) Office Supplies | | 241.90 | |
|    Other Expenses (explain) Travel | | - | |
|    Other Expenses (explain) Membership Dues | | 387.99 | |
|    Other Expenses (explain) Personal Items | | 750.65 | |
|    Other Expenses (explain) A. Fakir PR Taxes | | 3,200.00 | |
|    Other Expenses (explain) P. Fakir PR Taxes | | 2,334.19 | |
|    Other Expenses (explain) P. Fakir PR Ded | | 223.32 | |
| 15 Other Expenses (explain) | | | |
| **Total Monthly Expenditures:** | | | 20,241.67 |
| | | | |
| **Excess Income Over Expenses:** | | | 805.95 |

\*\*\*\* This amount includes Gross Payroll Checks

## Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Receipts Listing
### For the month of October 2005

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| **AFTRA** | | | | |
| 10/11/2005 | | AFTRA | AFTRA | 2,233.15 |
| Total AFTRA | | | | 2,233.15 |
| **SAG** | | | | |
| 10/11/2005 | | SAG | SAG | 611.50 |
| Total SAG | | | | 611.50 |
| **Soc Sec Admin** | | | | |
| 10/27/2005 | | Soc Sec Admin | Soc Sec | 1,350.70 |
| Total Soc Sec Admin | | | | 1,350.70 |
| **Abdul Gross** | | | | |
| 10/11/2005 | | Abdul Gross | Gemi Cap | 4,000.00 |
| 10/20/2005 | | Abdul Gross | Gemi Cap | 4,000.00 |
| Total Abdul Gross | | | | 8,000.00 |
| **Misc** | | | | |
| 10/27/2005 | | Misc | Deposit | 6.11 |
| Total Misc | | | | 6.11 |
| **Piper Gross** | | | | |
| 10/14/2005 | | Piper Gross | Piper | 4,423.08 |
| 10/28/2005 | | Piper Gross | Piper | 4,423.08 |
| Total Piper Gross | | | | 8,846.16 |
| **TOTAL** | | | | **21,047.62** |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of October 2005

| Date | Num | Name | Amount |
|---|---|---|---:|
| **AFTRA** | | | |
| 10/21/2005 | 1124 | AFTRA | 387.99 |
| Total AFTRA | | | 387.99 |
| **Abdul PR Taxes** | | | |
| 10/11/2005 | | Abdul PR Taxes | 1,600.00 |
| 10/20/2005 | | Abdul PR Taxes | 1,600.00 |
| Total Abdul PR Taxes | | | 3,200.00 |
| **Allstar Wireless** | | | |
| 10/19/2005 | | Allstar Wireless | 31.75 |
| Total Allstar Wireless | | | 31.75 |
| **Am Pool Svc Inc** | | | |
| 10/12/2005 | 1112 | Am Pool Svc Inc | 115.00 |
| Total Am Pool Svc Inc | | | 115.00 |
| **Annie Sez** | | | |
| 10/22/2005 | | Annie Sez | 349.79 |
| Total Annie Sez | | | 349.79 |
| **Astoria Pastry** | | | |
| 10/14/2005 | | Astoria Pastry | 5.50 |
| Total Astoria Pastry | | | 5.50 |
| **Au Bon Pain Resturant** | | | |
| 10/14/2005 | | Au Bon Pain Resturant | 6.35 |
| Total Au Bon Pain Resturant | | | 6.35 |
| **Baja Fresh Mexicana Grill** | | | |
| 10/15/2005 | | Baja Fresh Mexicana Grill | 9.17 |
| Total Baja Fresh Mexicana Grill | | | 9.17 |
| **Beans & Cornbread** | | | |
| 10/6/2005 | | Beans & Cornbread | 52.82 |
| Total Beans & Cornbread | | | 52.82 |
| **Beverly Hills Grill** | | | |
| 10/16/2005 | | Beverly Hills Grill | 39.22 |
| 10/23/2005 | | Beverly Hills Grill | 34.98 |
| Total Beverly Hills Grill | | | 74.20 |
| **Borders Books** | | | |
| 10/21/2005 | | Borders Books | 73.04 |
| 10/30/2005 | | Borders Books | 75.64 |
| Total Borders Books | | | 148.68 |
| **Briar Rose Store** | | | |
| 10/1/2005 | | Briar Rose Store | 44.24 |
| Total Briar Rose Store | | | 44.24 |
| **Buffalo Wings** | | | |
| 10/25/2005 | | Buffalo Wings | 4.45 |
| Total Buffalo Wings | | | 4.45 |
| **Cab** | | | |
| 10/3/2005 | | Cab | 30.00 |
| Total Cab | | | 30.00 |
| **Circuit City** | | | |
| 10/5/2005 | | Circuit City | 216.93 |
| Total Circuit City | | | 216.93 |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of October 2005

| Date | Num | Name | Amount |
|---|---|---|---:|
| **Comcast** | | | |
| 10/6/2005 | 1107 | Comcast | 100.96 |
| 10/17/2005 | 1119 | Comcast | 103.46 |
| Total Comcast | | | 204.42 |
| **CVS** | | | |
| 10/2/2005 | | CVS | 13.61 |
| 10/3/2005 | | CVS | 6.95 |
| 10/3/2005 | | CVS | 4.57 |
| 10/7/2005 | | CVS | 37.48 |
| 10/30/2005 | | CVS | 16.47 |
| Total CVS | | | 79.08 |
| **D. Watson MD** | | | |
| 10/13/2005 | | D. Watson MD | 45.48 |
| Total D. Watson MD | | | 45.48 |
| **Det Metro Parking** | | | |
| 10/9/2005 | | Det Metro Parking | 60.00 |
| 10/10/2005 | | Det Metro Parking | 8.25 |
| Total Det Metro Parking | | | 68.25 |
| **Direct TV** | | | |
| 10/20/2005 | 1121 | Direct TV | 329.66 |
| Total Direct TV | | | 329.66 |
| **Dist Chophouse** | | | |
| 10/1/2005 | | Dist Chophouse | 60.12 |
| Total Dist Chophouse | | | 60.12 |
| **DTE Energy** | | | |
| 10/15/2005 | 1113 | DTE Energy | 110.00 |
| 10/17/2005 | 1114 | DTE Energy | 410.00 |
| Total DTE Energy | | | 520.00 |
| **Flip - Hair** | | | |
| 10/8/2005 | | Flip - Hair | 60.00 |
| 10/29/2005 | | Flip - Hair | 105.00 |
| Total Flip - Hair | | | 165.00 |
| **Fonz Foods** | | | |
| 10/5/2005 | | Fonz Foods | 10.60 |
| 10/5/2005 | | Fonz Foods | 3.50 |
| Total Fonz Foods | | | 14.10 |
| **Ford Credit** | | | |
| 10/15/2005 | 1115 | Ford Credit | 999.44 |
| Total Ford Credit | | | 999.44 |
| **Fuddruckers** | | | |
| 10/5/2005 | | Fuddruckers | 35.62 |
| Total Fuddruckers | | | 35.62 |
| **Gerald Putman** | | | |
| 10/6/2005 | 1109 | Gerald Putman | 220.00 |
| 10/30/2005 | 1128 | Gerald Putman | 180.00 |
| Total Gerald Putman | | | 400.00 |
| **Holiday Market** | | | |
| 10/4/2005 | | Holiday Market | 41.93 |
| 10/16/2005 | | Holiday Market | 11.19 |
| 10/19/2005 | | Holiday Market | 56.97 |
| 10/19/2005 | | Holiday Market | 51.64 |
| 10/25/2005 | | Holiday Market | 61.85 |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of October 2005

| Date | Num | Name | Amount |
|---|---|---|---|
| Total Holiday Market | | | 223.58 |
| **House of Morrison** | | | |
| 10/20/2005 | | House of Morrison | 18.00 |
| Total House of Morrison | | | 18.00 |
| **Housekeepers** | | | |
| 10/15/2005 | | Housekeepers | 100.00 |
| 10/31/2005 | | Housekeepers | 100.00 |
| Total Housekeepers | | | 200.00 |
| **K Baby** | | | |
| 10/6/2005 | | K Baby | 27.50 |
| Total K Baby | | | 27.50 |
| **Lorna Thomas MD** | | | |
| 10/1/2005 | | Lorna Thomas MD | 30.00 |
| Total Lorna Thomas MD | | | 30.00 |
| **Lottery** | | | |
| 10/1/2005 | | Lottery | 75.00 |
| 10/31/2005 | | Lottery | 9.00 |
| 10/31/2005 | | Lottery | 14.00 |
| Total Lottery | | | 98.00 |
| **Mail Boxes Etc** | | | |
| 10/4/2005 | | Mail Boxes Etc | 18.47 |
| Total Mail Boxes Etc | | | 18.47 |
| **Marshall Field's** | | | |
| 10/18/2005 | | Marshall Field's | 25.44 |
| 10/30/2005 | | Marshall Field's | 12.72 |
| Total Marshall Field's | | | 38.16 |
| **McDonalds** | | | |
| 10/7/2005 | | McDonalds | 3.51 |
| Total McDonalds | | | 3.51 |
| **Metro Cars** | | | |
| 10/31/2005 | | Metro Cars | 71.00 |
| Total Metro Cars | | | 71.00 |
| **Misc** | | | |
| 10/29/2005 | | Misc | 73.14 |
| Total Misc | | | 73.14 |
| **Mobil Parking Permit** | | | |
| 10/11/2005 | 1048P | Mobil Parking Permit | 100.00 |
| Total Mobil Parking Permit | | | 100.00 |
| **Nails** | | | |
| 10/8/2005 | | Nails | 50.00 |
| 10/29/2005 | | Nails | 50.00 |
| Total Nails | | | 100.00 |
| **Nationwide Life Insurance** | | | |
| 10/11/2005 | 1111 | Nationwide Life Insurance | 681.19 |
| Total Nationwide Life Insurance | | | 681.19 |
| **Natl Food Patch** | | | |
| 10/4/2005 | | Natl Food Patch | 27.74 |
| 10/12/2005 | | Natl Food Patch | 17.98 |
| 10/14/2005 | | Natl Food Patch | 54.45 |
| 10/17/2005 | | Natl Food Patch | 62.18 |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of October 2005

| Date | Num | Name | Amount |
|---|---|---|---:|
| 10/20/2005 | | Natl Food Patch | 19.72 |
| **Total Natl Food Patch** | | | 182.07 |
| **Neiman Marcus** | | | |
| 10/6/2005 | | Neiman Marcus | 145.00 |
| 10/6/2005 | | Neiman Marcus | 78.79 |
| **Total Neiman Marcus** | | | 223.79 |
| **Oak Grove** | | | |
| 10/16/2005 | | Oak Grove | 400.00 |
| 10/20/2005 | | Oak Grove | 900.00 |
| 10/23/2005 | | Oak Grove | 400.00 |
| **Total Oak Grove** | | | 1,700.00 |
| **Oasis Retail** | | | |
| 10/4/2005 | | Oasis Retail | 133.57 |
| **Total Oasis Retail** | | | 133.57 |
| **Office Depot** | | | |
| 10/12/2005 | | Office Depot | 24.97 |
| **Total Office Depot** | | | 24.97 |
| **Papa Joes** | | | |
| 10/30/2005 | | Papa Joes | 27.00 |
| **Total Papa Joes** | | | 27.00 |
| **Pegasus** | | | |
| 10/18/2005 | | Pegasus | 8.48 |
| **Total Pegasus** | | | 8.48 |
| **Piper PR Ded** | | | |
| 10/14/2005 | | Piper PR Ded | 111.66 |
| 10/28/2005 | | Piper PR Ded | 111.66 |
| **Total Piper PR Ded** | | | 223.32 |
| **Piper PR Taxes** | | | |
| 10/14/2005 | | Piper PR Taxes | 1,210.51 |
| 10/28/2005 | | Piper PR Taxes | 1,123.68 |
| **Total Piper PR Taxes** | | | 2,334.19 |
| **Postage** | | | |
| 10/11/2005 | | Postage | 35.85 |
| 10/11/2005 | | Postage | 13.75 |
| **Total Postage** | | | 49.60 |
| **Poste Brasserie** | | | |
| 10/2/2005 | | Poste Brasserie | 9.85 |
| **Total Poste Brasserie** | | | 9.85 |
| **Resturant** | | | |
| 10/3/2005 | | Resturant | 12.72 |
| **Total Resturant** | | | 12.72 |
| **Rite Aid** | | | |
| 10/11/2005 | | Rite Aid | 6.85 |
| 10/11/2005 | | Rite Aid | 10.00 |
| 10/14/2005 | | Rite Aid | 4.52 |
| 10/17/2005 | | Rite Aid | 40.00 |
| 10/19/2005 | | Rite Aid | 10.00 |
| 10/20/2005 | | Rite Aid | 30.00 |
| 10/24/2005 | | Rite Aid | 5.91 |
| 10/27/2005 | | Rite Aid | 10.40 |
| 10/27/2005 | | Rite Aid | 10.00 |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
## Disbursements Listing
### For the month of October 2005

| Date | Num | Name | Amount |
|---|---|---|---|
| Total Rite Aid | | | 127.68 |
| **Rosa Mexicano** | | | |
| 10/7/2005 | | Rosa Mexicano | 38.50 |
| Total Rosa Mexicano | | | 38.50 |
| **Roz & Sherm** | | | |
| 10/27/2005 | | Roz & Sherm | 483.36 |
| Total Roz & Sherm | | | 483.36 |
| **Sally's Design Boutique** | | | |
| 10/22/2005 | | Sally's Design Boutique | 468.52 |
| 10/27/2005 | | Sally's Design Boutique | 61.48 |
| Total Sally's Design Boutique | | | 530.00 |
| **SBC** | | | |
| 10/6/2005 | 1108 | SBC | 164.48 |
| 10/17/2005 | 1118 | SBC | 165.66 |
| Total SBC | | | 330.14 |
| **Scott Gregory** | | | |
| 10/29/2005 | | Scott Gregory | 100.28 |
| Total Scott Gregory | | | 100.28 |
| **Sprint** | | | |
| 10/15/2005 | 1116 | Sprint | 280.00 |
| Total Sprint | | | 280.00 |
| **State Farm Insurance** | | | |
| 10/6/2005 | 1110 | State Farm Insurance | 204.01 |
| 10/6/2005 | 1110 | State Farm Insurance | 157.77 |
| 10/6/2005 | 1110 | State Farm Insurance | 248.50 |
| 10/27/2005 | 1120 | State Farm Insurance | 204.01 |
| 10/27/2005 | 1120 | State Farm Insurance | 157.77 |
| 10/27/2005 | 1120 | State Farm Insurance | 248.50 |
| 10/27/2005 | 1120 | State Farm Insurance | 18.47 |
| Total State Farm Insurance | | | 1,239.03 |
| **Street Corner Music** | | | |
| 10/22/2005 | | Street Corner Music | 5.30 |
| Total Street Corner Music | | | 5.30 |
| **Sundance Shoes** | | | |
| 10/29/2005 | | Sundance Shoes | 271.78 |
| Total Sundance Shoes | | | 271.78 |
| **Thee Irish Pub** | | | |
| 10/31/2005 | | Thee Irish Pub | 9.16 |
| Total Thee Irish Pub | | | 9.16 |
| **Triplett Cleaners** | | | |
| 10/18/2005 | | Triplett Cleaners | 189.25 |
| 10/19/2005 | | Triplett Cleaners | 30.45 |
| Total Triplett Cleaners | | | 219.70 |
| **United States Trustee** | | | |
| 10/17/2005 | 1117 | United States Trustee | 500.00 |
| Total United States Trustee | | | 500.00 |
| **void** | | | |
| 10/11/2005 | 1049P | void | |
| 10/21/2005 | 1123 | void | |
| Total void | | | 0.00 |

# Abdul K. Fakir & Piper G. Fakir Case# 05-46724TJT Chp 11
# Disbursements Listing
For the month of October 2005

| Date | Num | Name | Amount |
|---|---|---|---|
| **Washington Mutual Fund** | | | |
| 10/20/2005 | 1122 | Washington Mutual Fund | 1,676.54 |
| Total Washington Mutual Fund | | | 1,676.54 |
| **Wesch Cleaners** | | | |
| 10/29/2005 | 1127 | Wesch Cleaners | 121.10 |
| Total Wesch Cleaners | | | 121.10 |
| **Whole Foods Mkt** | | | |
| 10/5/2005 | | Whole Foods Mkt | 98.95 |
| Total Whole Foods Mkt | | | 98.95 |
| **TOTAL** | | | **20,241.67** |